10-CV-05080-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

FILED RECEIVED LODGED
FEB 04 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

| | |
|---|---|
| Autumn Faouzi<br>13415 Old Highway 99 SE<br>Tenino, WA 98589<br><br>Plaintiff,<br><br>v.<br><br>Grimm Collections<br>1677 S. 2nd Ave. SW<br>Tumwater, WA 98512<br><br>Defendant. | Case No.: C-10-5080 RBL<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around September 25, 2009, Plaintiff retained an attorney to file bankruptcy.

1

8. On or around September 28, 2009, Plaintiff's bankruptcy attorneys notified Defendant through facsimile that Plaintiff was represented by a bankruptcy attorney and provided Plaintiff's attorney's contact information.

9. Plaintiff's attorney's notice instructed Defendant to cease all further communications with Plaintiff.

10. Despite this notice, Defendant telephoned Plaintiff on at least one occasion thereafter.

11. On or around December 7, 2009, Defendant telephoned Plaintiff.

12. During this communication, Defendant threatened to serve Plaintiff with a summons.

13. At the time of these communications, Defendant had neither the intent nor ability to serve Plaintiff with a summons.

14. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

15. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding Plaintiff's notice that Plaintiff was represented by an attorney.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding its receipt of written cease and desist instructions.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant violated 15 U.S.C. §1692e in that it falsely represented the character, amount, and/or legal status of the debt.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. Defendant violated 15 U.S.C. §1692e in that it threatened action that could not legally be taken and/or that was not intended to be taken.

## COUNT FIVE

### Violation of the Fair Debt Collection Practices Act

24. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

25. Defendant violated 15 U.S.C. §1692e by making misrepresentations during its communications with Plaintiff.

## COUNT SIX

### Violation of the Fair Debt Collection Practices Act

26. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

27. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

28. Plaintiff demands a trial by jury.

**PRAYER FOR RELIEF**

29. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Mona Lisa C. Gacutan*
Mona Lisa C. Gacutan
600 Stewart St, Ste 1224
Seattle, WA 98101
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: mog@legalhelpers.com
*Attorney for Plaintiff*

# LEGAL HELPERS, PC ™

**America's Consumer Law Firm**

Mona Lisa C. Gacutan
866-339-1156
mog@legalhelpers.com

January 21, 2010

U.S. District Court
Union Station Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

FILED
RECEIVED  LODGED
FEB 04 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                            DEPUTY

C 10 - 5080 RBL

Dear Clerk:

Enclosed, please find:
  (1) The original and three (3) copies the Cover Sheet,
  (2) The original and three (3) copies of the Complaint,
  (3) A copy of the summons, and
  (4) Check in the amount of $350.00.

Please file the Complaint and return the Time Stamped copies to my firm headquarters in the enclosed envelope. If you have any questions, please feel free to contact me.

Very Truly,

Mona Lisa C. Gacutan

600 Stewart Street, Suite 724 Seattle, WA 98101